JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

DEBORAH A. GITIN (CA Bar No. 284947) (counsel for service)
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6488
E-mail: Deborah.Gitin@usdoj.gov

*Attorneys for Plaintiff United States of America*

*(additional counsel listed on following page)*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No. 2:18-cv-02651-MCE-KJN<br><br>**JOINT REQUEST AND ORDER FOR STAY OF INITIAL PRETRIAL SCHEDULING ORDER** |

XAVIER BECERRA
Attorney General of the State of California
MARGARITA PADILLA
Supervising Deputy Attorney General
ANDREW WIENER (CA Bar No. 282414) (counsel for service)
Deputy Attorney General
1515 Clay Street, 20th Floor
Post Office Box 70550
Oakland, California 94612-0550
Telephone: (510) 879-1975
E-mail: Andrew.Wiener@doj.ca.gov

*Attorneys for Plaintiff the California Department
of Toxic Substances Control*

PEGGY OTUM (CA Bar No. 302949)
Partner
Arnold & Porter
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone: (415) 471-3119
E-mail: Peggy.Otum@arnoldporter.com

*Attorney for Defendant Regents of the University
of California*

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that all parties to this case (the "Parties") request a stay to the Court's Initial Pretrial Scheduling Order. The Parties include Plaintiff the United States of America, by authority of the Attorney General of the United States and through the undersigned attorneys, acting at the request of the Administrator of the United States Environmental Protection Agency, Plaintiff the California Department of Toxic Substances Control (collectively referred to as "Plaintiffs"), and Defendant Regents of the University of California. The Parties have reached a proposed settlement resolving this case, which was lodged as a proposed Consent Decree with the Court on September 28, 2018 ("Consent Decree") (Document No. 3-1). In that proposed Consent Decree, the Parties agree to waive service of a summons, and also agree that no answer need be filed to the Complaint in this case. Doc. No. 3-1, Consent Decree at ¶ 88.

Under the terms of the lodged proposed Consent Decree, the United States will publish notice in the Federal Register, accept public comment on the proposed Consent Decree for a

period of thirty (30) days, and address public comments, if any are received.  28 C.F.R. § 50.7.
In the Notice of Lodging that accompanied the proposed Consent Decree, Plaintiffs respectfully
requested that the Court not take any action on the proposed Consent Decree at this time.  Doc.
No. 3, Notice of Lodging, Page 2, Lines 19-21.  In that Notice, Plaintiffs also indicated that at the
expiration of the public comment period and after Plaintiffs have reviewed and addressed any
public comments that are received, the Plaintiffs will either request that the Court enter the
proposed Consent Decree, or advise the Court that public comments have been received that
warrant Plaintiffs' withdrawal from the Consent Decree.  Upon entry by the Court, the Consent
Decree would be a final resolution of the above-captioned matter.

Accordingly, the Parties request that the Court stay all deadlines in its Initial Pretrial
Scheduling Order, and stay deadlines to complete any related requirements (such as the service
of the summons, the filing of an answer, or the filing of forms regarding voluntary dispute
resolution or consent to a magistrate judge).

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA:**

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
Washington, DC 20530

Dated: October 1, 2018            /s/ Deborah A. Gitin
DEBORAH A. GITIN (CA Bar No. 284947)
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
301 Howard St., Suite 1050
San Francisco, CA  94105
Telephone: (415) 744-6488
E-mail: Deborah.Gitin@usdoj.gov

OF COUNSEL FOR THE UNITED STATES OF AMERICA:
Rebekah Reynolds
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region 9

**FOR PLAINTIFF THE STATE OF CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:**

XAVIER BECERRA
Attorney General of California

MARGARITA PADILLA
Supervising Deputy Attorney General

Dated: October 1, 2018  /s/ Andrew Wiener (as authorized on 10/1/18)
ANDREW WIENER
Deputy Attorney General
Attorneys for Plaintiff State of California
Department of Toxic Substances Control

**FOR DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA:**

Dated: October 1, 2018  /s/ Peggy Otum (as authorized on 10/1/18)
PEGGY OTUM
Partner
Arnold & Porter

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October, 2018, I caused the foregoing JOINT REQUEST AND PROPOSED ORDER FOR STAY OF INITIAL PRETRIAL SCHEDULING ORDER to be filed electronically with the Clerk of the Court using this Court's CM/ECF system.

I FURTHER CERTIFY, that on this date I caused true and correct copies of the aforementioned documents to be served on non-registered party(ies) via Federal Express overnight service to the address(es) listed below:

Barton Lounsbury
Senior Counsel
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, California 94607

Peggy Otum
Partner
Arnold & Porter
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024

/s/ Deborah A. Gitin
DEBORAH A. GITIN
Senior Counsel
Environmental Enforcement Section

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

UNITED STATES OF AMERICA and THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,

Plaintiffs,

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

Defendant.

Case No. 2:18-cv-02651-MCE-KJN

**ORDER FOR STAY OF INITIAL PRETRIAL SCHEDULING ORDER**

The Court, has considered the JOINT REQUEST FOR STAY OF INITIAL PRETRIAL SCHEDULING ORDER, ("Joint Request for Stay"), and for good cause shown:

The Joint Request for Stay is hereby GRANTED. All deadlines in its Initial Pretrial Scheduling Order, and all deadlines to complete any related requirements (such as the service of the summons, the filing of an answer, or the filing of forms regarding voluntary dispute resolution or consent to a magistrate judge) are hereby stayed.

IT IS SO ORDERED.

Dated: October 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE