UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, <br><br> Plaintiffs, <br><br> v. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br><br> Defendant. | Case No. 2:18-cv-02651-MCE-KJN <br><br> **ORDER ENTERING CONSENT DECREE** |

The Plaintiffs lodged a Consent Decree in this matter with the Court on September 28, 2018 ("Consent Decree"), pending a thirty (30)-day public comment period (Document No. 3-1). On May 7, 2019, having received no public comment, the Plaintiffs requested that the Court enter the Consent Decree as a final order of the Court.

///

///

///

///

The proposed Consent Decree is fair, reasonable, and consistent with the governing statute. For the reasons set forth in the Plaintiffs' Motion to Enter Consent Decree and for good cause shown, the Consent Decree is approved and shall be a final judgment under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

Dated: May 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE